**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA
*EX REL*. CHRISTOPHER O'KEEFE,

Plaintiffs,

v. Case No. 6:19-CV-2426-PGB-EJK

VITAS HEALTHCARE CORPORATION;
VITAS HOSPICE SERVICES, LLC;
VITAS HEALTHCARE CORPORATION
OF FLORIDA; AND CHEMED
CORPORATION,

Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Relator, Christopher O'Keefe, by and through his undersigned counsel, respectfully submits this Notice of Voluntary Dismissal of this action without prejudice and states:

Dismissal is proper under Fed. R. Civ. P. 41(a)(1)(A)(i) as none of the Defendants named in the Complaint have served an answer or motion for summary judgment.

The United States filed its Notice of Election to Decline Intervention on November 8, 2022 (Dkt. 25) and has informed Relator's counsel that it consents to Relator's dismissal as long as the dismissal is without prejudice to the United States.

Based on the foregoing, this action should be dismissed without prejudice as to Relator's claims against all Defendants and without prejudice as to the claims of the United States.

*/s/ Elaine J. Stromgren*
Elaine J. Stromgren
Florida Bar No.: 0417610
ejs@wilbanksgouinlock.com
Marlan B. Wilbanks
mbw@wilbanksgouinlock.com
**Wilbanks and Gouinlock, LLP**
One Ameris Center
3490 Piedmont Rd., NE
Suite 1010
Atlanta, Georgia 30305
Direct Dial: (813) 425-1039
Firm: (404) 842-1075

Counsel for Relator

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 6, 2023, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send notices of electronic filing to all counsel of record.

*/s/ Elaine J. Stromgren*
Elaine J. Stromgren
Florida Bar No.: 0417610
ejs@wilbanksgouinlock.com
Wilbanks and Gouinlock, LLP
One Ameris Center
3490 Piedmont Rd., NE
Suite 1010
Atlanta, Georgia 30305
Direct Dial: (813) 425-1039
Firm: (404) 842-1075